FILED
09/11/2019
Clerk, U.S. District Court
District of Montana
Great Falls Division

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# GREAT FALLS DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | **VIOLATION: 6564482** |
| **Plaintiff,** | **Location Code: M13** |
| vs. | **ORDER** |
| **ASHUTOSH S. CHAUHAN,** | |
| **Defendant.** | |

Based upon the United States' motion to accept the defendant's payment of a $40 fine and $30 processing fee for violation 6564482 (for a total of $70), and for good cause shown,

IT IS ORDERED that the $70 fine ($40 fine and $30 processing fee) paid by the defendant is accepted as a full adjudication of violation 6564482.

IT IS FURTHER ORDERED that the initial appearance scheduled for September 12, 2019 or October 3, 2019, are VACATED.

DATED this 11th day of September, 2019.

_John Johnston_
United States Magistrate Judge